Michael R. Brooks, Esq.
Nevada Bar No. 7287
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191
Fax (702) 851-1198
mbrooks@brooksbauer.com
*Attorneys for* Option One Mortgage Corporation And Premier Trust Deed Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN K. FARREN,<br><br>Plaintiff,<br><br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION; PREMIER TRUST DEED SERVICES, INC.,<br><br>Defendants. | Case No.: 2:08-cv-0970-RLH-LRL<br><br>MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION |

COMES NOW, Michael R. Brooks, Esq., of Brooks Bauer LLP, counsel for Option One Mortgage Corporation (hereinafter collectively referred to as "Option One") and Premier Trust Deed Services, Inc. and hereby files this Motion for Removal of Rebecca R. Kern, Esq. from the CM/ECF System List (the "Motion") in the above-entitled matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The basis of this Motion is that Rebecca R. Kern, Esq. is no longer associated with Brooks Bauer LLP and thereby not involved in the above-entitled matter.

Dated this 7 day of January 2011.

BROOKS BAUER LLP

By: _____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
300 South Fourth Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191
Fax (702) 851-1198
mbrooks@brooksbauer.com
*Attorneys for* Option One Mortgage Corporation And Premier Trust Deed Services, Inc.

## ORDER

**IT IS SO ORDERED.**

**DATED this** 14th **day of January 2011.**

_____
United States Magistrate Judge